**Tommie E. MASON, Appellant,**

v.

**Sara MCQUILLIAMS, Warden, Delta Regional Unit; David Guntharp, Deputy Assistant Director, Appellees.**

No. 00–1782.

United States Court of Appeals, Eighth Circuit.

Submitted April 6, 2001.

Decided April 10, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Arkansas inmate Tommie E. Mason filed this 42 U.S.C. § 1983 action claiming the prison officials sued by Mason (collectively the appellees) acquiesced to the non-enforcement of the prison's smoking policy and thus showed deliberate indifference to Mason's health problems associated with second-hand cigarette smoke. Following an evidentiary hearing, the district court granted judgment for appellees and Mason appealed.

▇▇▇ Having reviewed the record, we find no abuse of discretion in the district court's refusal to grant Mason a default judgment as a discovery sanction against appellees, *see Ackra Direct Marketing Corp. v. Fingerhut Corp.,* 86 F.3d 852, 856 & n. 4 (8th Cir.1996) (standard of review); or in denying Mason leave to amend sought two years into the proceedings, and which likely would have been futile, *see Fuller v. Sec'y of Def.,* 30 F.3d 86, 88–89 (8th Cir.), *cert. denied,* 513 U.S. 1019, 115 S.Ct. 583, 130 L.Ed.2d 497 (1994). Given the testimony showing Mason did not have a serious medical need and appellees took measures to enforce the smoking policy, we affirm the judgment in their favor.